UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-22029-LEIBOWITZ

**DENIZ PANRADL,**

*Plaintiff,*

v.

**MIAMI CLIPPERS 5 INC.,**

*Defendant.*
_____/

## ORDER

The Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice of Defendant Miami Clippers 5, Inc. "*only*" pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii). [ECF No. 4]. Miami Clippers 5 Inc., however, is the only defendant named in this lawsuit. [*See* ECF No. 1]. Accordingly, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED** *without prejudice*. Each party shall bear its own attorneys' fees and costs. *The Clerk* is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on May 27, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record